**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

**FILED**

DEC 1 0 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES OF AMERICA,

Plaintiff,

vs.

HECTOR LOPEZ-CHAVIRA (1),

Defendant.

CASE NO. 12CR4627-W

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

____   the Court has granted the motion of the Government for dismissal, without prejudice; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) as charged in the Information:

8 USC 1324(a)(2)(B)(iii); 18 USC 2 - BRINGING IN ILLEGAL ALIENS AND

AIDING AND ABETTING

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/10/12

_____
Thomas J. Whelan
U.S. District Judge